Filed 5/29/13  P. v. Malveaux CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

THE PEOPLE,

     Plaintiff and Respondent,

v.

CHRISTOPHER ERIC MALVEAUX,

     Defendant and Appellant.

E057517

(Super.Ct.No. RIF1202423)

OPINION

APPEAL from the Superior Court of Riverside County.  Becky Dugan, Judge.

Affirmed.

Jamie Popper, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

## INTRODUCTION

On May 29, 2012, an amended felony complaint charged defendant and appellant Christopher Eric Malveaux with two counts of felony robbery (Pen. Code, § 211, counts 1 & 2), and one misdemeanor count of being under the influence of a controlled substance (Health & Saf. Code, § 11550, subd. (a), count 3).  The complaint also alleged that defendant personally used a firearm in the commission of counts 1 and 2.  (Pen. Code, § 12022.53, subd. (b).)

On September 18, 2012, defendant pleaded guilty to count 1 and admitted the personal gun use enhancement.  In exchange, the parties agreed to a prison term of 12 years in state prison and the dismissal of the other charges and allegations.

On September 28, 2012, the trial court sentenced defendant to 12 years in state prison, comprised of the low term of two years for the robbery conviction and a consecutive 10-year term for the gun enhancement.  The court dismissed the other allegations and charges, and awarded defendant 151 days of actual credits and 22 days of conduct credits.

On November 16, 2012, defendant filed a timely notice of appeal from his sentence or other matters after the plea.

## STATEMENT OF FACTS

The factual basis in this case was that "on April 30th, 2012, in Riverside County, [defendant] robbed a person using a gun."

## ANALYSIS

After defendant appealed, and upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a summary of the facts and potential arguable issues, and requesting this court to undertake a review of the entire record.

We offered defendant an opportunity to file a personal supplemental brief, but he has not done so. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
J.

We concur:

RAMIREZ
P. J.

CODRINGTON
J.

3